AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

**FILED**

for the

Western District of Texas

NOV 2 0 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
_____ DEPUTY

| | | |
|---|---|---|
| SUE WHITE and RICHARD WHITE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  SA-17-CV-396-OLG |
| DLJ MORTGAGE CAPITAL, INC., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____.

☑ other:   ORDER GRANTING the Defendant's Motion for Summary Judgment, The Clerk shall enter this Judgment
and this case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Orlando L. Garcia.

Date:  11/20/2017

*CLERK OF COURT*

Wayne Garcia
*Signature of Clerk or Deputy Clerk*